IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SUSAN JONAK,

Plaintiff,

vs.

NOVARTIS PHARMACEUTICALS
CORPORATION,

Defendant.

**8:23CV89**

**SHOW CAUSE ORDER**

The records of the court show that on March 13, 2023, (Filing Nos. 3, 4, & 5), letters were sent to attorneys Richard Elias, James G. Onder, and Lawana S. Wichman from the Office of the Clerk directing them to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System").

As of today, the above-listed attorneys have not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED,

On or before April 27, 2023, attorneys Richard Elias, James G. Onder, and Lawana S. Wichman must register for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 13th day of April, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge